IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO.: 7: 26 cr 302 |
| | ) | 26 U.S.C. § 7206(2) |
| | ) | |
| vs. | ) | |
| | ) | |
| ANNMEDRA BROWN | ) | INDICTMENT |

THE GRAND JURY CHARGES:

## Background

1.     At the time of the events set forth below, the Defendant, ANNMEDRA BROWN, resided in and around Spartanburg County, South Carolina.

2.     ANNMEDRA BROWN prepared and filed, and assisted in the preparing and filing of, multiple tax returns for customers in exchange for fees. ANNMEDRA BROWN carried out this conduct from her business location in Spartanburg County.

3.     ANNMEDRA BROWN repeatedly falsified information in returns she prepared in order to generate fraudulent refunds.  For example, ANNMEDRA BROWN repeatedly and knowingly submitted false information about customers' Schedule C income and expenses and filing status.

4.     Because of this pattern of falsification, the Government issued approximately $95,000 more in refunds than it would have if accurate and honest information had been submitted by ANNMEDRA BROWN.

APR 14 2026 PM 1:38
USDC GREENVILLE SC

## COUNTS 1 - 24
*(Filing False Tax Returns)*

5.     The allegations of paragraphs 1-4 are realleged as if fully set forth herein.

6.     On or about the dates set forth below, in the District of South Carolina and elsewhere, defendant ANNMEDRA BROWN did willfully aid and assist in, and procure, counsel, and advise the preparation and presentation to the Internal Revenue Service of the following Form 1040 and/or Form 1040A Individual Income Tax Returns, which defendant ANNMEDRA BROWN knew were false and fraudulent as to a material matter:

| Count | Date of Offense | Taxpayer | Tax Year | Falsely Claimed Item |
|-------|-----------------|----------|----------|----------------------|
| 1 | 2/15/2022 | SB | 2021 | Schedule C Income<br>Schedule C Expense |
| 2 | 2/1/2020 | KC | 2019 | Schedule C Income<br>Schedule C Expense |
| 3 | 2/14/2022 | KC | 2021 | Schedule C Income<br>Schedule C Expense |
| 4 | 2/21/2023 | KC | 2022 | Schedule C Income<br>Schedule C Expense |
| 5 | 2/5/2020 | KC | 2019 | Schedule C Income |
| 6 | 2/9/2023 | TF | 2022 | Schedule C Expense |
| 7 | 1/30/2020 | TG | 2019 | Schedule C Income<br>Filing Status |
| 8 | 2/20/2021 | TG | 2020 | Schedule C Income<br>Schedule C Expense<br>Filing Status |
| 9 | 2/7/2022 | TG | 2021 | Schedule C Income<br>Schedule C Expense<br>Filing Status |
| 10 | 1/26/2023 | TG | 2022 | Schedule C Income<br>Schedule C Expense<br>Filing Status |

| 11 | 1/29/2020 | CK | 2019 | Schedule C Income<br>Schedule C Expense |
|---|---|---|---|---|
| 12 | 2/20/2021 | CK | 2020 | Schedule C Income<br>Schedule C Expense |
| 13 | 1/26/2022 | CK | 2021 | Schedule C Income<br>Schedule C Expense |
| 14 | 1/27/2023 | CK | 2022 | Schedule C Income<br>Schedule C Expense |
| 15 | 1/31/2020 | JM | 2019 | Schedule C Expense |
| 16 | 2/19/2021 | JM | 2020 | Schedule C Income<br>Schedule C Expense |
| 17 | 2/11/2022 | JM | 2021 | Schedule C Income<br>Schedule C Expense<br>Filing Status |
| 18 | 3/25/2023 | JM | 2022 | Schedule C Income<br>Schedule C Expense<br>Filing Status |
| 19 | 3/13/2020 | KS | 2019 | Schedule C Income<br>Schedule C Expense |
| 20 | 4/5/2021 | KS | 2020 | Schedule C Income<br>Schedule C Expense<br>Filing Status |
| 21 | 4/11/2022 | KS | 2021 | Schedule C Income<br>Schedule C Expense<br>Filing Status |
| 22 | 2/13/2023 | KS | 2022 | Schedule C Income<br>Schedule C Expense |
| 23 | 2/4/2020 | TW | 2019 | Filing Status |
| 24 | 2/8/2021 | TW | 2020 | Schedule C Income<br>Schedule C Expense<br>Filing Status |

All in violation of Title 26, United States Code, Section 7206(2).

A ___TRUE___ Bill

REDACTED

FOREPERSON

BRYAN P. STIRLING
UNITED STATES ATTORNEY

By:_____
William J. Watkins, Jr.    (Fed. ID # 07863)
Assistant United States Attorney
55 Beattie Place, Suite 700
Greenville, SC 29601
Tel.: 864-282-2100
Fax: 864-233-3158
Email: bill.watkins@usdoj.gov

4